Announced Wednesday, June 9.

39038 and 39039. Moloney, appellee v. City of Columbus, appellant.

Herbert, Judge.

A municipality which voluntarily owns and operates a zoological park primarily for the benefit and accommodation of those of its citizens who might be interested does so in the exercise of a proprietary function and is answerable for its tortious conduct. (Paragraph one of the syllabus of *Crisafi* v. *City of Cleveland*, 169 OhioSt. 137, 8 O.O.(2d) 125, distinguished.)

Judgments affirmed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Brown, JJ., concur.

Announced Wednesday, June 9.

38975. The State of Ohio, appellee v. Robert Eugene Neckar, appellant. Marion County. Appeal from the Court of Ap-